UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MORGAN,<br><br>               Plaintiff,<br><br>         v.<br><br>LT. DAVIES, et al.,<br><br>               Defendants. | No.  2:24-cv-1039 KJM CSK P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 15, 2024, the Court recommended that this action be dismissed because plaintiff is pursuing duplicate claims in his earlier action, Morgan v. Davies, No. 2:23-cv-1955 DAD DMC P (E.D. Cal.)  (ECF No. 3.)  On April 29, 2024, plaintiff filed objections to the findings and recommendations.  (ECF No. 4.)  However, plaintiff did not address the merits of the findings and recommendations; rather, he claimed he is pursuing his administrative remedies in an effort to obtain and review his legal materials.  Plaintiff asks the court not to dismiss this action.

      Good cause appearing, the Court construes plaintiff's filing as a motion for extension of time to file objections to the pending findings and recommendations so that plaintiff can address the substance of the Court's recommendations.  Plaintiff is granted thirty days from the date of

1

this order to file objections to the findings and recommendations. Plaintiff is cautioned that failure to file objections may result in the dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 29, 2024 objections are construed as a motion for extension of time (ECF No. 4);

2. Plaintiff's motion for extension (ECF No. 4) is granted; and

3. Plaintiff is granted thirty days from the date of this order to file objections to the findings and recommendations (ECF No. 3).

Dated: May 6, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/morg1039.36