UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mike Morgan,<br><br>          Plaintiff,<br><br>     v.<br><br>Davies, et al.,<br><br>          Defendants. | No. 2:24-cv-01039 KJM CSK P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations. However, these objections do not address the magistrate judge's recommendation that this case be dismissed as duplicative of plaintiff's complaint in a separate action filed in this district. *Compare* Compl., ECF No. 1, *with* First Am. Compl., No. 2:23-cv-01955 (E.D. Cal. Feb. 20, 2024), ECF No. 14.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record.

*See also Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688-89 (9th Cir. 2007) (plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008); *Higgins v. Medina*, No. 07-00941, 2007 WL 4258362, at *1 (E.D. Cal. Dec. 3, 2007) (dismissing complaint as duplicative of complaint filed in separate action). Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 3, are adopted in full.
2. This action is dismissed without prejudice to plaintiff's pursuing his claim in Case No. 2:23-cv-01955. *Cf. Latham v. California Dep't of Corr. & Rehab.*, No. 22-842, 2022 WL 2134161, at *2 (S.D. Cal. June 14, 2022).
3. The Clerk of the Court is directed to close this case.

DATED: August 23, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE